**Order entered October 25, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00558-CV

### STEPHEN B. HOPPER, ET AL., Appellants

### V.

### JOHN L. MALESOVAS D/B/A MALESOVAS LAW FIRM, ET AL., Appellees

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-03238-1**

## ORDER

Before the Court is appellants' October 19, 2018 unopposed motion for an extension of time to file a reply brief.  We **GRANT** the motion and extend the time to **November 26, 2018**.


/s/      ADA BROWN
JUSTICE